IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| ASHLEY D. MOORE, <br><br>    Plaintiff, <br><br> vs. <br><br> MICHAEL J. ASTRUE, Commissioner, Social Security Administration, <br><br>    Defendant. | MEMORANDUM DECISION AND ORDER REMANDING CASE <br><br><br> Case No. 2:06-CV-618 TS |

Pursuant to the Mandate issued by the Tenth Circuit Court of Appeals on August 9, 2007, and the fourth sentence of 42 U.S.C. § 405(g), it is therefore

ORDERED that this case is REMANDED to the Appeals Council of the Social Security Administration and the Council shall then finally remand the case to an administrative law judge to conduct a de novo administrative hearing and to issue a new decision as to whether the appellant is entitled to supplemental Social Security Income.

This case shall be closed with a judgment.

DATED August 17, 2007.

BY THE COURT:

_____
TED STEWART
United States District Judge